IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL CAREY                                                    PLAINTIFF
#397784

v.                          Case No. 3:25-cv-00289-LPR-JTK

EDITH ELLIOT, et al.                                         DEFENDANTS

## ORDER

Plaintiff Paul Carey filed a *pro se* Complaint on December 19, 2025, while in custody at the Sharp County Detention Center.[1]   On January 12, 2026, mail sent to Plaintiff at his last-known address was returned to the Court as undeliverable.[2]   On January 13, 2026, the Court entered an Order directing Plaintiff to provide the Court a valid mailing address within thirty days.[3]   The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Plaintiff has not complied with, or otherwise responded to, the Court's January 13, 2026 Order, and the time for doing so has expired.[5]   Plaintiff's Complaint (Doc. 2) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] *See* Docs. 5 & 6.

[3] Order (Doc. 7).   The Order was entered by United States Magistrate Judge Jerome T. Kearney.

[4] *Id*.

[5] Mail sent by the Court to Plaintiff at his address of record continues to be returned as undeliverable.   *See* Docs. 8 & 9.